UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | *05-CR-10063-PBS* |
| | ) | CRIMINAL NO. |
| | ) | VIOLATIONS |
| v. | ) | 18 U.S.C. §2252(a)(2) |
| | ) | Receipt of Child Pornography |
| | ) | 18 U.S.C. §2252(a)(4)(B) |
| DUSTIN T. WARD | ) | Possession of Child Pornography |
| | ) | |

## INDICTMENT

COUNT ONE: 18 U.S.C. §2252(a)(2) - Receipt of Child Pornography

The Grand Jury charges that:

On or about March 3, 2004, in Mattapan, within the District of Massachusetts, and elsewhere,

DUSTIN T. WARD,

defendant herein, knowingly received a visual depiction that has been mailed, shipped and transported in interstate or foreign commerce, and which was produced using materials which had been so mailed, shipped and transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, that is: Dustin T. Ward received a videotape identified as # 12f, which contained visual depictions of minors under the age of 18 years engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A).

All in violation of Title 18, United States Code, Section 2252(a)(2).

1

COUNT TWO: 18 U.S.C. §2252(a)(4)(B) - Possession of Child Pornography

The Grand Jury further charges that on or about March 3, 2004, in Mattapan, within the District of Massachusetts,

DUSTIN T. WARD

defendant herein, knowingly possessed one or more books, magazines, periodicals, films, video tapes, and other matter which contained any physical depiction that had been mailed, shipped and transported in interstate or foreign commerce, and which was produced using materials which had been so mailed, shipped and transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, that is: DUSTIN T. WARD knowingly possessed a computer that contained numerous files containing images of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A).

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

2

FORFEITURE ALLEGATION
(18 U.S.C. § 2253(a)(3) -- Criminal Forfeiture)

18 U.S.C. §2253(a) – Criminal Forfeiture

      1.  The allegations of Counts One and Two of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

      2.  Upon conviction on any of Counts One and Two hereof, the defendant DUSTIN T. WARD shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of Title 18, United States Code, Section 2252; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations.

      All in violation of Title 18, United States Code, Section 2253(a)(3).

**A TRUE BILL**

*Irene Burke*

**FOREPERSON OF THE GRAND JURY**

**ASSISTANT U.S. ATTORNEY**

**DISTRICT OF MASSACHUSETTS; March** ___ *16* ___ **, 2005**

**Returned into the District Court by the Grand Jurors and filed.**

*Thomas F. Quinn*

**DEPUTY CLERK** 3/16/05 @ 1:50 pm

4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Mattapan     **Category No.** II     **Investigating Agency** USPS

**City** _____

**County** _____

**Related Case Information:**

*O5-CR-10063-PBS*

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   04-1678-CBS
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Dustin T. Ward      Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   53 Cedar Street, Mattapan, MA

Birth date (Year only): 77   SSN (last 4 #): 5212   Sex m   Race: _____   Nationality: U.S.

**Defense Counsel if known:**   Hank Brennan, Esq.     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Ann Taylor      **Bar Number if applicable** _____

Interpreter:   ☐ Yes ☒ No     List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

    ☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   two

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   March 16, 2005     Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant** ___Dustin T. Ward_____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2252(a)(2) | receipt of child pornography | Count 1 |
| Set 2 | 18 U.S.C. 2252(a)(4)(B) | possession of child pornography | Count 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**