AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of _____

## APPEARANCE

CASE NUMBER: 05-10063 PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for



I certify that I am admitted to practice in this court.


3/23/05
Date

Signature

Henry Brennan      634036
Print Name        Bar Number

20 Park Plaza Suite 1405
Address

Boston        MA        02116
City          State     Zip Code

(617) 201-5477    (617) 338-5587
Phone Number      Fax Number