### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 05-10063-PBS
DUSTIN T. WARD,                )
          Defendant,           )
_____)
```

### INITIAL STATUS REPORT
### May 4, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Saris, J. to whom this case is assigned:

1. <u>Discovery</u>

There was an excusable delay in getting the Government's discovery to Mr. Ward's counsel. The discovery in this case involves voluminous documents and a computer review and Mr. Ward's counsel has requested additional time to review that discovery. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on May 26, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 6, 2005 (date of expiration of prior order of excludable time) through May 26, 2005 (date by which Mr. Ward's counsel will have completed his review of discovery produced by the Government in this case).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, August 4, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE