UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)<br>DUSTIN T. WARD,                       )<br>     Defendant,                        )<br>_____) | CRIMINAL ACTION<br>NO. 05-10063-NMG |

ORDER OF EXCLUDABLE TIME
May 4, 2005

SWARTWOOD, C.M.J.

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 6, 2005 (date of expiration of prior order of excludable time) through May 26, 2005 (date by which Mr. Ward's counsel will have completed his review of discovery produced by the Government in this case) shall be excluded from the Speedy Trial Act.

/s/ Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE