## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM. No. 05-CR-10063-PBS |
| ) | |
| v ) | |
| ) | |
| DUSTIN WARD ) | |

## MOTION FOR HEARING TO 'MODIFY CONDITIONS OF PRE-TRIAL RELEASE'

The defendant, Dustin Ward, request that this court modify the defendant's conditions of pre-trial release. Currently, the defendant is required to abide by a curfew that prohibits travel out of state. The defendant is requesting that the court modify the conditions by allowing him to attend a work related conference on Thursday, May 12, 2005. The basis for the defendant's motion is set out in 'Affidavit of Counsel in support of defendant's motion to modify conditions of pre-trial release.'

Dustin Ward
By his attorney,

Frank Brennan
BBO # 634036
20 Park Plaza
Suite 1405
Boston, MA 02109
(617) 201-5977

Dated: May 10, 2005

## CERTIFICATE OF SERVICE

I, Hank Brennan, hereby certify that I forwarded the attached document to the following individuals on this date via by fax on May 10, 2005 and in hand on May 11, 2005:

A.U.S.A. Dina Sacco
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

Mr. Thomas O'Brien
Supervising Officer
Pre-trial Services
1 Courthouse Way
Suite 9200
Boston, MA 02210

Hank Brennan