**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM. No. 05-CR-10063-PBS |
| ) | |
| v ) | |
| ) | |
| DUSTIN WARD ) | |

### AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR HEARING REGARDING MODIFICATION IN CONDITIONS OF PRE-TRIAL RELEASE

1. My name is Henry B. Brennan;
2. I am an attorney admitted to the Massachusetts Bar;
3. My office is located at 20 Park Plaza, Suite 1405 in Boston, Massachusetts;
4. Currently, the defendant, Dustin Ward, is under the direction of Pre-trial Services;
5. One of the defendant's pre-trial conditions is a curfew which requires the defendant to be at his home address of 25 Alpine Street Unit 35, Mattapan, MA 02126 by 9p.m. weekdays 5p.m. on Saturdays, and all of Sunday;
6. The defendant is employed at Countrywide as a Senior Account Executive;
7. The defendant has worked at the company since February 10, 2004;
8. The defendant's employment requires him to maintain contacts and accounts in various areas outside of Massachusetts including Massachusetts, New Hampshire, Rhode Island, Maine and Connecticut and New York;
9. On Thursday, May 12, 2005, the defendant's employer has scheduled a required conference at a Countrywide facility in East Greenwich Rhode Island at 1000 Division Street, Greenwich, RI 02818;
10. The defendant is expected by his employer to attend the conference as part of his work commitment;
11. The defendant's attendance is important to ensure his continued success at his current employment;
12. The conference is scheduled to begin at 10 a.m. and end at 2 p.m;
13. The defendant will return to his home on the same day before his 9p.m. curfew;

Hank Brennan
BBO # 63403
20 Park Plaza, Suite 1405
Boston, MA 02109

## CERTIFICATE OF SERVICE

I, Hank Brennan, hereby certify that I forwarded the attached document to the following individuals on this date via by fax on May 10, 2005 and in hand on May 11, 2005.

A.U.S.A. Dina Sacco
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

Mr. Thomas O'Brien
Supervising Officer
Pre-trial Services
1 Courthouse Way
Suite 9200
Boston, MA 02210

_____
Hank Brennan

```
                              ACTIVITY REPORT

                                         TIME   : 05/10/2005 15:51
                                         NAME   : MINGACE HEINEMAN
                                         FAX    : 5086268174
                                         TEL    : 5086268500
                                         SER.#  : BROK3J751914
```

| NO.  | DATE  | TIME  | FAX NO./NAME   | DURATION | PAGE(S) | RESULT | COMMENT |       |
|------|-------|-------|----------------|----------|---------|--------|---------|-------|
|      | 05/06 | 14:06 | 508 872 0464   | 02:50    | 05      | OK     | RX      | ECM   |
| #194 | 05/06 | 15:28 | 15086289977    | 41       | 01      | OK     | TX      | ECM   |
|      | 05/06 | 15:34 | 7814559933     | 02:20    | 02      | OK     | RX      |       |
| #195 | 05/06 | 15:37 | 15088931389    | 20       | 02      | OK     | TX      | ECM   |
|      | 05/06 | 16:10 | 561 997 2604   | 28       | 01      | OK     | RX      | ECM   |
| #196 | 05/06 | 17:07 | 15087515777    | 37       | 02      | OK     | TX      | ECM   |
|      | 05/06 | 17:44 | 561 997 2604   | 34       | 01      | OK     | RX      | ECM   |
|      | 05/07 | 19:15 |                | 31       | 01      | OK     | RX      | ECM   |
|      | 05/08 | 08:13 | 6172960572     | 22       | 01      | OK     | RX      | ECM   |
|      | 05/08 | 21:33 |                | 45       | 01      | OK     | RX      | ECM   |
|      | 05/09 | 08:43 | 15083841240    | 01:18    | 11      | OK     | RX      | ECM   |
|      | 05/09 | 08:53 |                | 13:27    | 56      | OK     | RX      | ECM   |
| #198 | 05/09 | 10:29 | 15083841240    | 34       | 04      | OK     | TX      | ECM   |
| #199 | 05/09 | 10:45 | 16172478486    | 01:25    | 07      | OK     | TX      | ECM   |
|      | 05/09 | 11:36 | 5088771117     | 43       | 02      | OK     | RX      | ECM   |
|      | 05/09 | 11:52 | 508 751 5777   | 40       | 01      | OK     | RX      | ECM   |
|      | 05/09 | 12:01 |                | 25       | 02      | OK     | RX      | ECM   |
|      | 05/09 | 13:03 | +1 5086519337  | 36       | 04      | OK     | RX      | ECM   |
|      | 05/09 | 13:46 | 15088727719    | 01:53    | 13      | OK     | RX      | ECM   |
| #203 | 05/09 | 14:31 | 17813441098    | 01:35    | 02      | OK     | TX      | ECM   |
|      | 05/09 | 15:25 | 8888690023     | 28       | 01      | OK     | RX      | ECM   |
|      | 05/09 | 16:09 | 6176668448     | 21       | 02      | OK     | RX      | ECM   |
|      | 05/09 | 16:34 |                | 01:06    | 04      | OK     | RX      | ECM   |
|      | 05/09 | 21:15 |                | 22       | 01      | OK     | RX      | ECM   |
|      | 05/09 | 21:23 |                | 22       | 01      | OK     | RX      | ECM   |
|      | 05/10 | 09:21 | 6174390945     | 13       | 01      | OK     | RX      | ECM   |
|      | 05/10 | 10:06 | 7819630393     | 36       | 02      | OK     | RX      | ECM   |
|      | 05/10 | 10:19 |                | 49       | 04      | OK     | RX      | ECM   |
|      | 05/10 | 10:53 | 9785799900     | 23       | 02      | OK     | RX      | ECM   |
| #204 | 05/10 | 11:11 | 19785622599    | 32       | 02      | OK     | TX      | ECM   |
|      | 05/10 | 11:25 | 508 2784244    | 31       | 02      | OK     | RX      | ECM   |
|      | 05/10 | 13:57 | 508 651 2290   | 58       | 02      | OK     | RX      |       |
| #205 | 05/10 | 14:09 | 15087601667    | 27       | 02      | OK     | TX      | ECM   |
|      | 05/10 | 14:21 | 781 431 7178   | 22       | 02      | OK     | RX      | ECM   |
| #206 | 05/10 | 14:56 | 16179512819    | 02:46    | 10      | OK     | TX      |       |
|      | 05/10 | 15:34 |                | 21       | 03      | OK     | RX      | ECM   |
| #207 | 05/10 | 15:48 | 16177483951    | 00       | 00      | BUSY   | TX      |       |
| #208 | 05/10 | 15:49 | 16177489185    | 32       | 05      | OK     | TX      | ECM   |

```
         BUSY: BUSY/NO RESPONSE
         NG  : POOR LINE CONDITION / OUT OF MEMORY
         CV  : COVERPAGE
         POL : POLLING
         RET : RETRIEVAL
         PC  : PC-FAX
```