UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
        v.                      )    CRIMINAL ACTION
                                )    NO. 05-10063-PBS
DUSTIN T. WARD,                 )
        Defendant,              )
                                )
_____)
```

**FINAL STATUS REPORT**
**May 27, 2005**

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Saris, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Substantive Motions</u>

Counsel for the parties have requested that I establish dates for the filing of substantive motions. I have granted that request. Mr. Ward shall have until July 22, 2005, within which to file substantive motions and the Government shall an opposition to those motions by August 5, 2005.

3. <u>Return Of The Case To The District Judge</u>

Since discovery is complete, I am returning this case to Judge Saris for all further proceedings.

4.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 26, 2005 (date of expiration of prior order of excludable time) through August 5, 2005 (date by which the Government is to file its opposition to Mr. Ward's substantive motions). Therefore, I have excluded from the Speedy Trial Act, the entire period from the date of Mr. Ward's arraignment through August 5, 2005 and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, October 14, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE