UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.   05-10063-PBS

v.

DUSTIN T. WARD


**NOTICE OF MOTION HEARING / PRETRIAL CONFERENCE**


SARIS, U.S.D.J.                                                             June 3, 2005


TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re:
Substantive Motions / Pretrial Conference on **August 18, 2005**, at **2:00 p.m.**, in Courtroom No.
19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.


By the Court,


 _/s/ Robert C. Alba__
Deputy Clerk


Copies to:  All Counsel