UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-10063-PBS |
| | ) |
| DUSTIN T. WARD, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF APPEARANCE OF ANTOINETTE E.M. LEONEY</u>**

I hereby give notice of my appearance for the United States of America in the above-captioned matter.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                By:  /s/Antoinette E.M. Leoney
                    ANTOINETTE E.M. LEONEY
                    Assistant U.S. Attorney
                    1 Courthouse Way, Suite 9200
                    Boston, MA 02210
Date: June 7, 2005        (617) 748-3103

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                    Boston, Massachusetts
                                June 7, 2005

I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendant's Counsel, Henry B. Brennan, Esq., by electronic filing notice and/or by regular mail, at Brennan & Chase LLP, 20 Park Plaza, Suite 1405, Boston, MA 02116.

                          /s/Antoinette E.M. Leoney
                          ANTOINETTE E.M. LEONEY