UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DUSTIN WARD )<br>      Defendant )<br>) | No. 05-cr-10063-PBS |

**Defendant's Motion to Extend Time**

The Defendant's counsel requests that this Court allow the 'Motion to Extend Time' relative to motion filing. The filing date is Friday, July 21, 2005. The Defendant requests an additional four weeks for filing.

Counsel has reviewed the discovery provided by the Government. Counsel is requesting additional time to further consider potential suppression issues. Further, Counsel would seek the additional time to allow him to confer with his client relative to the numerous constitutional issues presented.

                                                Respectfully Submitted,
                                                Dustin Ward,
                                                By His attorney

                                                /s/Hank Brennan

                                                Hank Brennan
                                                20 Park Plaza, Suite 1405
                                                Boston, MA 02116
                                                (617) 201-5977

Dated: July 21, 2005