```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10063-PBS |
| ) | |
| DUSTIN T. WARD, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION TO DECREASE OFFENSE LEVEL BY ONE
ADDITIONAL LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Antoinette E.M. Leoney, Assistant U.S. Attorney, hereby moves, pursuant to U.S.S.G. §3E1.1(b) (effective April 30, 2003) and to the extent prescribed by U.S.S.G. §1B1.11, for an additional one level decrease in Defendant Dustin T. Ward's offense level for acceptance of responsibility. The defendant is scheduled to be sentenced on February 8, 2006.

As grounds therefore, the government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a guilty plea, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

WHEREFORE, the government respectfully requests that the Court impose an additional one level decrease in Defendant

Dustin T. Ward's offense level for acceptance of responsibility.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                            By:

                                          /s/ Antoinette E.M. Leoney
                                          ANTOINETTE E.M. LEONEY
                                          Assistant U.S. Attorney
Date: February 1, 2006                 (617) 748-3100

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by court electronic filing:

        Henry B. Brennan, Esq.
        Brennan & Chase LLP
        20 Park Plaza, Suite 1405
        Boston, MA 02116

    This 1st day of February, 2006.

                                            /s/Antoinette E.M. Leoney
                                            ANTOINETTE E.M. LEONEY