AO 442 Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

DUSTIN T. WARD

**WARRANT FOR ARREST**

CASE NUMBER: 05-CR-10063-PBS

TO: The United States Marshal
and any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest __**DUSTIN T. WARD**__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Receipt and possession of child pornography

in violation of Title __18__ United States Code, Section(s) 2252(a)(2) and 2252(a)(4)(B)

Theresa Catino | Deputy Clerk
Name of Issuing Officer | Title of Issuing Officer

Theresa Catino | March 16, 2005 at BOSTON, MA
Signature of Issuing Officer | Date and Location

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at USP |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/16/06 | |

AO 442 Warrant for Arrest